USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Brietzke, *et al.*, | |
| Plaintiffs, | 20-cv-11097 (AJN) |
| –v– | ORDER |
| Chobani, LLC, | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

The conference scheduled for June 11, 2021 is adjourned to June 25, 2021 at 3:45 P.M.

SO ORDERED.

Dated: June 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge